**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gloria C. Noel                                    CHAPTER 7

                Debtor(s)

BKY. NO. 21-12693 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not individually, but solely as trustee for Nationstar HECM Acquisition Trust 2020-1 and index same on the master mailing list.

                                    Respectfully submitted,

                              /s/ **Rebecca Solarz**
                              Rebecca Solarz
                              08 Oct 2021, 12:20:20, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322